# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Tramaine Ashford  tramaineashford2@gmail.com
**HOME TELEPHONE** (Include Area Code): 404-438-0235
**STREET ADDRESS**: 1572 Hardee St NE Apt 25-A
**CITY, STATE AND ZIP CODE**: Atlanta, A 30307

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Northside Hospital - Laureate Medical Goup
**NUMBER OF EMPLOYEES, MEMBERS**: Over 1000
**TELEPHONE** (Include Area Code):

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE: 
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In February of 2020, I began my employment with the Laureate Medical Group as front office personnel working at its Alpharetta, Georgia location. On or about Friday, November 4, 2022, I heard one of my coworkers, Lou (a Caucasian female), use the N-word during a workplace conversation with a Caucasian patient. I was very insulted by Lou's use of this highly inflammatory and derogatory racist language, so the very same day it happened, I reported it to Laureate's office manager, Nikisha, an African American woman. Nikisha said she would investigate the incident, but shockingly, less than two hours after filing the complaint, Nikisha told me that I should go home early and call my supervisor before returning to work. I complied with her instructions and went home for the day.

After leaving the office that day, I called my supervisor, Jasmine Lewis ("Ms. Lewis"). She did not answer, so I left a voicemail. On Monday, I called Ms. Lewis again but still could not reach her. I tried again on Tuesday, with no luck. On Wednesday, Ms. Lewis called me and told me that I had been fired that previous Friday. When I asked why, she could not give me a reason. I called Laureate's Human Resources department for an explanation for my termination, but they also failed to provide a reason.

Laureate Medical Group violated Title VII of the Civil Rights Act of 1964, specifically 42 U.S.C.A. §2000e-2 et. seq. by terminating my employment because of my race and/or because I made a complaint of racial harassment or a hostile work environment concerning race.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03 / 24 / 2023
Charging Party (Signature): *Tramaine Ashford*

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (REV. 3/01)

Doc ID: 3c7c33f0a08a4cd998e6295f9121ae0bdabac819