# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAMAINE ASHFORD, | |
| Plaintiff(s), vs. | CIVIL ACTION FILE |
| NORTHSIDE HOSPITAL, INC. | NO. 1:24-cv-140-MHC |
| et al.,, | |
| Defendant(s). | |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation and Defendant's Motion to Dismiss and the court having adopted said recommendation and granted in part said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Daniel Ross
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 15, 2024
Kevin P. Weimer
Clerk of Court

By: s/Daniel Ross
Deputy Clerk